**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-20-RJC-DSC**

| | |
|---|---|
| VERONIQUE K. PONGO, FRANCISCO AVOKI, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA; )<br>TRUSTEE SERVICE OF CAROLINA; )<br>AMERICA'S WHOLESALE )<br>LENDER; BANK OF NEW YORK )<br>MELLON; BAC HOME )<br>SERVICING; EAGLE, ADJUSTING )<br>SERVICE, INC.; DOES I-XX, )<br>)<br>Defendants. )<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | **ORDER** |

**THIS MATTER** is before the Court on consideration of the motion to proceed without prepayment of fees or costs in this civil case. (Doc. No. 2: Motion). After reviewing the Motion, which presents only one signature that is largely illegible the Court finds that a new Motion should be submitted with legible signatures from each Plaintiff that seeks to proceed without prepayment of fees or costs within 20 days from entry of this Order. Failure to provide the revised Motions within 20 days will result in dismissal of this action without further notice.

**IT IS, THEREFORE, ORDERED** that each Plaintiff wishing to proceed without prepayment of fees or costs shall submit a new Application to Proceed in District Court without Prepaying Fees or Costs within 20 days from entry of this Order. Failure to do so will result in dismissal of this civil action without further notice.

1

Robert J. Conrad, Jr.
United States District Judge