# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Francisco Avoki<br>Veronique K. Pongo**,** | JUDGMENT IN CASE |
| Plaintiff(s), | 3:14-cv-00020-RJC-DSC |
| vs. | |
| Bank of America, et al | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2015 Order.

March 31, 2015

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court